FILED
September 26, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-06-0343 DFL |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| PRASERT SOMSINSAWASDI, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release PRASERT SOMSINSAWASDI, Case No. CR S-06-0343 DFL, Charge Title 18 USC § § 1955, 1956, 981, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 750,000.00 (secured by real property)

    \_\_ Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    ✔ (Other)     With pretrial supervision and conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on September 26, 2006 at 3:45 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal