McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
ANNE E. PINGS
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2745

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRASERT SOMSINSAWASDI, ) <br> NOY SOMSINSAWASDI, ) <br> CHAO LEE, ) <br> SOUKUANE SAELEE, ) <br> MOUANG SAELEE, and ) <br> LA SOUKASENE, ) <br> ) <br> Defendants. ) <br> _____) | 2:06-CR-00343-DFL <br><br><br> STIPULATION AND ORDER <br> REGARDING PRASERT <br> SOMSINSAWASDI DEPOSIT OF <br> ASSET |

Plaintiff United States of America, defendants Prasert Somsinsawasdi and Noy Somsinsawasdi, hereby agree and stipulate as follows:

WHEREAS,

1.  Defendants Prasert Somsinsawasdi and Noy Somsinsawasdi are named in an indictment returned August 24, 2006;

2.  The indictment includes a forfeiture allegation against real property located at 8488 Waterwell Way, Tracy, California, Assessor's Parcel Number 248-440-24, recorded owner Prasert Somsinsawasdi;

3. The defendants wish to sell the real property to Youn Serayheap, and the parties wish to allow such transaction while at the same time preserving a *res* for the government to seek to forfeit upon conviction in this case consisting of the defendants' net equity in the real property;

THEREFORE, the parties stipulate as follows:

1. Defendant Prasert Somsinsawasdi shall enter into an agreement to sell said property and shall commence escrow on the property within 30 days of the date this stipulation is ordered by the Court. The U.S. Attorney's Office shall approve of the sale price in writing, which approval is contingent upon the net sale proceeds being at least $115,000.00.

2. Defendant Prasert Somsinsawasdi shall cause the title company handling the escrow to deposit the net sale proceeds from the sale of the above-referenced real property with the U.S. Attorney's Office pending further order of the Court. The defendant shall not take possession of any such sale proceeds. The cashier's check or title company check consisting of the net proceeds shall be made payable to the Department of Treasury, and will be deposited in a Department of Treasury account pending final disposition of the matter as noted below. At the close of escrow, the government will provide the title company handling the sale with a Withdrawal of Lis Pendens to be recorded with the County Recorder.

3. If defendant Prasert Somsinsawasdi is convicted in this case of an offense giving rise to forfeiture, then defendant Prasert Somsinsawasdi stipulates that the Court may substitute the net sale proceeds referenced above, and order its forfeiture

2

pursuant to 18 U.S.C. §§§ 981(a)(1)(C), 982(a)(1), 1955(d) and 28 U.S.C. § 2461(c).

4. Defendants Prasert Somsinsawasdi and Noy Somsinsawasdi waive any objection to the pretrial restraint of the net sale proceeds pending trial.

5. Defendant Noy Somsinsawasdi, defendant Prasert Somsinsawasdi's spouse, waives any third-party claim under 21 U.S.C. §§ 853(c) and (n) to the net proceeds, based on an alleged community property interest or any other interest in the net proceeds.

6. In the event that defendant Prasert Somsinsawasdi is not convicted of any offense giving rise to forfeiture, the government agrees not to oppose a motion made by Prasert Somsinsawasdi for an order authorizing the return of the net proceeds to him.

7. As consideration for these promises, and upon the deposit of the net proceeds the government agrees to dismiss the forfeiture allegation against 8488 Waterwell Way, Tracy, California, Assessor's Parcel Number 248-440-24.

**IT IS SO STIPULATED**.

DATED: 11/22/06          McGREGOR W. SCOTT
                         United States Attorney

                         /s/ Benjamin B. Wagner
                         BENJAMIN B. WAGNER
                         Assistant U.S. Attorney

///

3

```
DATED: 11-17-06                    /s/ Prasert Somsinsawsdi
                                   PRASERT SOMSINSAWASDI
                                   Defendant
```

|  |  |
|---|---|
| State of California ) | MELANIE A. YOUNG |
| ) Seal | Commission # 1616023 |
| County of Sacramento ) | Notary Public-California |
|  | Sacramento County |
|  | My Comm. Expires Oct 24, 2009 |

On 11/17/06 before me, Melanie A. Young, personally appeared **PRASERT SOMSINSAWASDI**, ~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

```
                                   /s/ Melanie A. Young
                                   SIGNATURE


DATED: 11/17/06                    /s/ Dwight M. Samuel
                                   DWIGHT M. SAMUEL
                                   Attorney for Prasert Somsinsawsdi


DATED: 11-17-06                    /s/ Noy Somsinsawsdi
                                   NOY SOMSINSAWASDI
```

State of California )
)
County of Sacramento )

On 11/17/06 before me, Melanie A. Young, personally appeared **NOY SOMSINSAWASDI**, ~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to this instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

```
                                   /s/ Melanie A. Young
     MELANIE A. YOUNG              SIGNATURE
     Commission # 1616023                MELANIE A. YOUNG
Seal Notary Public-California            Commission # 1616023
     Sacramento County              Seal Notary Public-California
   My [not legible] Oct 24, 2009         Sacramento County
                                         My Comm. Expires Oct 24, 2009
```

4

```
DATED: 12/7/06                    /s/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Noy Somsinsawasdi

                                  (Original signatures and notary
                                  stamps retained by attorney)
```

**IT IS SO ORDERED.**

```
DATED: December 11, 2006          /s/ David F. Levi
                                  DAVID F. LEVI
                                  United States District Judge
```