DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
PRASERT SOMSINSAWASDI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )      NO. CR.S-06-343 DFL
          Plaintiff,           )
                               )
     v.                        )      STIPULATION AND
                               )      PROPOSED ORDER
PRASERT SOMSINSAWASDI, et al.  )
                               )
          Defendant.           )
_____)

     If agreed to by the court, Defendant, through counsel, and the United States of
America, through Assistant U.S. Benjamin Wagner, agree to substitute the $185,000
appearance bond secured by a deed against the real property of Aranya Poolsaad, located at
1681 Jademoon Lane, Beaumont, CA with an appearance bond secured by deed against
Sisouk Soukasene and La Soukasene's real property located at 6705 50th Street, Sacramento,
CA.  Ms. Poolsaad's property secures a portion of the total appearance bond of $750,000 as
to defendant Prasert Somsinsawasdi. The equity for Mr. and Ms. Soukasene's property is
approximately $50,000 as reflected in the title search and appraisal.  The other four real
properties which have been previously posted to secure other portions of the $750,000 bond
remain in place and would not be effected by this proposed order.

1

Respectfully submitted,


DATED: May 31, 2007                              __/s/Dwight M. Samuel__
                                                 DWIGHT M. SAMUEL
                                                 Attorney for Defendant
                                                 Prasert Somsinsawasdi



DATED: May 31, 2007                              ___/s/BenjaminWagner_____
                                                 BENJAMIN B. WAGNER
                                                 Assistant United States Attorney
                                                 (Signed per telephonic authorization)


IT IS SO ORDERED.

        DATED: June 6, 2007

                                                 /s/ David F. Levi_____
                                                 Honorable David F. Levi
                                                 United States District Judge