DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
Telephone: (916) 447-1193
E-Mail: dmsamuel@oldsaclaw.com

Attorney for Defendant
PRASERT SOMSINSAWASDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: CR-06-343-DFL |
| ) | |
| Plaintiff, ) | REQUEST FOR ORDER |
| ) | AND ORDER |
| v. ) | EXONERATING BOND |
| ) | |
| PRASERT SOMSINSAWASDI, ) | |
| ) | Date:  No date |
| Defendant. ) | Time:  No time |
| _____) | Judge: David F. Levi |

On or about September 22, 2006, a $185,000 appearance bond, secured by a deed against the real property of Aranya Poolsaad, located at 1681 Jademoon Lane, Beaumont, CA, was posted on behalf of Prasert Somsinsawasdi.

Sisouk Soukasene and La Soukasene have signed an appearance bond, secured by deed against the real property located at 6705 50th Street, Sacramento, CA in substitution of Ms. Poolsaad's property. Government and defense council have stipulated to this substitution and agree to that the substitution as well as all other bonds will guarantee presence of defendant.

It is hereby requested that the $185,000 secured appearance bond secured by Ms.

Poolsaad's property at 1681 Jademoon Lane, Beaumont, CA be exonerated.

Dated: May 31, 2007                              Respectfully submitted,


                                                  /S/Dwight M. Samuel  
                                                 Dwight M. Samuel  
                                                 Attorney for Defendant  
                                                 Prasert Somsinsawasdi


      IT IS HEREBY ORDERED that the bail bond in the amount of $185,000 posted by Aranya Poolsaad and secured by a Deed of Trust for her home is hereby exonerated.

Dated: June 6, 2007


                                                 /s/ David F. Levi  
                                               Honorable David F. Levi  
                                               U.S. District Court Judge