DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
PRASERT SOMSINSAWASDI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 06-CR-0343-DLJ |
| Plaintiff, ) | |
| v. ) | STIPULATION AND |
| PRASERT SOMSINSAWASDI, ) | PROPOSED ORDER |
| Defendant. ) | |

Defendant, through counsel, and the United States of America, through Assistant U.S. Attorney Benjamin Wagner, agree that the Status Conference on July 24, 2007 be continued to August 14, 2007 at 9:00 am.

In addition, it is agreed that the court should find excludable time from July 24, 2007 to August 14, 2007 pursuant to local rule T-4 based on the representation of counsel that additional time is necessary to discuss plea agreement.

Respectfully submitted,

1

DATED: July 19, 2007  /s/Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant
Prasert Somsinsawasdi

DATED: July 19, 2007  /s/Bruce Locke
Bruce Locke
Attorney for Defendant
Noy Somsinsawasdi
(Signed per Telephonic authorization)

DATED: July 19, 2007  /s/Benjamin Wagner
Benjamin Wagner
Assistant United States Attorney
(Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED: July 20, 2007

_____
D. Lowell Jensen
United States District Judge