1  DWIGHT M. SAMUEL (CA BAR# 054486)
   A PROFESSIONAL CORPORATION
2  117 J Street, Suite 202
   Sacramento, California 95814
3  916-447-1193

4  Attorney for Defendant
   PRASERT SOMSINSAWASDI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   ) <br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>PRASERT SOMSINSAWASDI, et al. )<br>   )<br>   Defendant. )<br>   )<br>_____) | NO. CR.S-06-343 DLJ<br><br>STIPULATION AND<br>PROPOSED ORDER |

    If agreed to by the court, Defendant, through counsel Dwight M. Samuel, and the United States of America, through Assistant U.S. Benjamin Wagner, agree to permit the property of Sisouk Soukasene and La Soukasene, presently posted to secure defendant's appearance, to be fully conveyed back to Sisouk Sokasene. The property in question is enumerated in a deed against Sisouk Soukasene and La Soukasene's real property located at 6705 50th Street, Sacramento, CA. This property secures a portion of the total appearance bond of $750,000 as to defendant Prasert Somsinsawasdi. The equity for Mr. and Ms. Soukasene's property is approximately $50,000 as reflected in the title search and appraisal.

1

1  The other four real properties which have been previously posted to secure other portions of
2  the $750,000 bond remain in place and would not be effected by this proposed order.

Respectfully submitted,

DATED: October 17, 2007                    /s/Dwight M. Samuel
                                           DWIGHT M. SAMUEL
                                           Attorney for Defendant
                                           Prasert Somsinsawasdi


DATED: October 17, 2007                    /s/BenjaminWagner
                                           BENJAMIN B. WAGNER
                                           Assistant United States Attorney
                                           (Signed per telephonic authorization)

# ORDER

The court orders the property of Sisouk Soukasene and La Soukasene, located at 6705 50th Street, Sacramento, CA be immediately and fully reconveyed to Sisouk Soukasene and La Soukasene.

The court orders all other terms of release to remain in full effect.

DATED: 10/22/2007

/s/ D. Lowell Jensen
Honorable D. Lowell Jensen
United States District Judge

```
C:\Documents and Settings\HVine\Desktop\DLJ PENDING ORDERS\06cr343.o.1022.o.wpd
```