```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BENJAMIN B. WAGNER
    ANNE E. PINGS
 3  Assistant U.S. Attorneys
    501 "I" Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2700
 5
 6
 7
 8
 9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )
                                 ) No. CR S-06-0343 DLJ
13              Plaintiff,       )
                                 ) STIPULATION RE:
14         v.                    ) SENTENCING DATE
                                 )
15  PASERT SOMSINSAWASDI, and    )
    NOY SOMSINSAWASDI,           )
16                               )
                Defendants.      )
17  _____)
18
```

The United States of America, by its attorney, Benjamin B. Wagner, Assistant United States Attorney, and defendant Prasert Somsinsawasdi, through his attorney Dwight Samuel, and defendant Noy Somsinsawasdi, through her attorney Bruce Locke, hereby jointly request and stipulate that the sentencing hearing currently scheduled for Tuesday, November 6, 2007, be continued one week until Tuesday, November 13, 2007, at 9:00 am.  The reason for the requested continuance is to allow the parties additional time to ensure that forfeiture issues are fully resolved prior to

///

**1**

sentencing. In addition, Assistant U.S. Attorney Wagner will be away from Sacramento on November 6th.

**SO STIPULATED AND AGREED:**

   DATED: October 30, 2007      McGREGOR W. SCOTT
                                          United States Attorney

                                           /s/ Benjamin Wagner
                                      By:_____
                                           BENJAMIN B. WAGNER
                                           Assistant U. S. Attorney

   DATED: October 30, 2007       /s/ Dwight Samuel*
                                          _____
                                          DWIGHT SAMUEL
                                          Counsel for defendant
                                          Prasert Somsinsawasdi
                                          *signed with permission, granted
                                          by telephone, 10/29/07, pm

   DATED: October 30, 2007       /s/ Bruce Locke**
                                          _____
                                          BRUCE LOCKE
                                          Counsel for defendant
                                          Noy Somsinsawasdi
                                          **signed with permission,
                                          granted by telephone, 10/30/07,
                                          am

**IT IS SO ORDERED:**

DATED:  10-31-07                      _____
                                   HON. D. LOWELL JENSEN
                                   United States District Court Judge