DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
PRASERT SOMSINSAWASDI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | NO. 06-CR-0343-DLJ |
| Plaintiff,   ) | |
| ) | |
| v.   ) | STIPULATION AND |
| ) | ORDER |
| PRASERT SOMSINSAWASDI,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

    Prasert Somsinsawasdi by and through his attorney Dwight M. Samuel and the United States Government by and through Assistant U.S. Attorney Ben Wagner stipulate and request this court set a specific turn in date for self surrender to a location designated by the Board of Prisons for Defendant, Prasert Somsinsawasdi.

    Counsel for Defendant has been advised by both the local BOP and local Probation Officer Linda Alger that without a specific enumerated date for turn in that the Board of Prisons will not designate a turn in location.

    In the sentencing of Defendant and his wife on November 13, 2008 the court sentenced Noy

1

Somsinsawadi to 30 days in custody with a turn in date of January 04, 2007.  As to her husband, Prasert Somsinsawasdi, he was sentenced to 18 months prison with a turn in date of five days after the completion of Noy Somsinsawasdi's 30 days of incarceration. The court opined if Mrs. Somsinsawasdi chooses to start her time sooner, then Prasert would have 5 days after her completion to turn himself in to the designated location.

Both parties are requesting the court set a date certain for Prasert Somsinsawasdi to turn himself in so that a specific location can be designated.

Based upon Noy Somsinsawasdi's turn in date and the 30 days she is to do in custody and the additional five days lag time before Prasert Somsinsawasdi' is to be placed into custody, all parties stipulate that the turn in date of February 08, 2008 should be the date set for Prasert Somsinsawasdi to voluntarily surrender to a location designated by the Board of Prisons.

Respectfully submitted,


DATED: November 16, 2007                        /s/Dwight M. Samuel
                                                Dwight M. Samuel
                                                Attorney for Defendant
                                                Prasert Somsinsawasdi


DATED: November 16, 2007                        /s/ Benjamin Wagner
                                                Benjamin Wagner
                                                Assistant United States Attorney
                                                (Signed per Telephonic authorization)

ORDER
06-CR-0343-DLJ

    Prasert Somsinsawasdi will self surrender on February 08, 2008 at 2pm.  Defendant is to surrender at a location designated by the Board of Prisons, or if no designation has been made, to the United States Marshals in the Eastern District located in Sacramento, California.

    DATED: November 21, 2007

_____
D. Lowell Jensen
United States District Judge

1