McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
ANNE E. PINGS
COURTNEY J. LINN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2745

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-00343-DLJ |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| PRASERT SOMSINSAWASDI, and ) | |
| NOY SOMSINSAWASDI, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

WHEREAS, on or about November 8, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) (as incorporated by 28 U.S.C. § 2461(c)), 18 U.S.C. § 1955(d), Fed. R. Crim. P. 32.2(b) and 18 U.S.C. § 982(a)(1), based upon the plea agreements and the stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendants Prasert Somsinsawasdi and Noy Somsinsawasdi forfeiting to the United States the following property:

        a.    Approximately $25,385 in U.S. currency seized at the residence of Prasert and Noy Somsinsawasdi at 8452 Almanera Lane, Sacramento, California, on August 16, 2006;

        b.    Approximately $1,183.00 in U.S. currency seized at the residence of Prasert and Noy Somsinsawasdi at

1

            8452 Almanera Lane, Sacramento, California, on August 16, 2006.

    c. Approximately $8,940 in U.S. currency seized from Bank of America bank box #B1307, located at a Bank of America branch at 5744 Stockton Blvd, Sacramento, California, on August 16, 2006, and controlled by Prasert and Noy Somsinsawasdi; and

    d. Approximately $115,932.00 which represents the net sale proceeds from the real property known as vacant land located at 8488 Waterwell Way, Tracy, California, APN: 248-440-24, and

    e. A $200,000 forfeiture money judgment against Prasert Somsinsawsdi[1].

AND WHEREAS, on December 20 and 27, 2007, and January 3, 2008, the United States published notification of the Court's Preliminary Order of Forfeiture in <u>The Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the above-described property was seized or in the county in which the above-described property is located. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) (as

---

[1] The government received cashier's checks in the amount of $200,000 from defendant Prasert Somsinsawsdi on or about November 6, 2007.

2

incorporated by 28 U.S.C. § 2461(c)), 18 U.S.C. § 1955(d), Fed. R. Crim. P. 32.2(b) and 18 U.S.C. § 982(a)(1), to be disposed of according to law, including all right, title, and interest of Prasert Somsinsawasdi and Noy Somsinsawasdi.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service and the Department of Treasury shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within forty-five (45) days from entry of this Final Order of Forfeiture forfeiting the above-listed properties, the U.S. Marshals Service shall return the following properties to defendants Noy Somsinsawsdi and Prasert Somsinsawsdi:

    a. The following U.S. Savings Bonds, Series EE, payable to Prasert Somsinsawasdi: (I) two $5,000 bonds, issued 11-19-04, with serial numbers 0006414346 and 0006414347, total face value of $10,000; and (ii) six $1,000 bonds, issued 11-19-04, with sequential serial numbers from 0080955127 through 0080955132, total face value of $6,000, seized at the residence of Prasert and Noy Somsinsawasdi at 8452 Almanera Lane, Sacramento, California, on August 16, 2006;

    b. The following U.S. Savings Bonds: (I) one $1,000 Series I bond with serial numbers 6028195 payable to Duke Somsinsawasdi or Noy Somsinsawsdi; (ii) six Series EE $1,000 bonds payable to Duke Somsinsawasdi or Prasert Somsinsawsdi, with serial numbers from 79963113 through 79963715, 80495805, 81135780 and 82564569 total face value of $6,000; and (iii) one $5,000 Series EE bond payable to Duke Somsinsawasdi or Prasert Somsinsawsdi, serial number 6295914, seized at the residence of Prasert and Noy Somsinsawasdi at 8452 Almanera Lane, Sacramento, California, on August 16, 2006; and

    c. Approximately $2,340.00 in U.S. currency seized from the Thai Nakorn Restaurant at 1180 35th Avenue, Sacramento, California, on August 16, 2006.

The Government will also send a Notice of Withdrawal of Lis Pendens to be recorded with the County Recorder regarding the real property located at 3844 Clay Street, Sacramento, California, APN: 251-0072-001.

SO ORDERED this 5TH day of February, 2008.

/s/ D. Lowell Jensen
D. LOWELL JENSEN
United States District Judge