1  DWIGHT M. SAMUEL (CA SB# 054486)
2  A Professional Corporation
   117 J Street, Suite 202
3  Sacramento, California 95814-2282
   Telephone: (916) 447-1193
4  E-Mail: dmsamuel@oldsaclaw.com

5  Attorney for Defendant
6  PRASERT SOMSINSAWASDI

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA    )    CASE NO.: CR.S 06-00343 DLJ
                                )
13         Plaintiff,           )
                                )
14      v.                      )    REQUEST FOR ORDER AND ORDER
                                )    EXONERATING BOND
15                              )
    PRASERT SOMSINSAWASDI,      )
16                              )
17         Defendant.           )
    _____)
18

19       On or about September 18, 2006, an appearance bond for the amount of
20  $170,000.00, secured by a deed against the real property of Vanchai Maneechote and
21  Pannraj Chitchua, 18600 Mermac Road, Lake Elsinore, CA 92530 Assessors Parcel 347-
22  050-075, TRA No. 065-06, 1 Mutual Benefit Tr Lot 35 was posted on behalf of Prasert
23
24  Somsinsawasdi, No. Cr.S-06-00343. Mr. Somsinsawasdi was arrested in this district based
25  upon an indictment filed in this district.
26       On November 13, 2007, Mr. Somsinsawasdi was sentenced in this case and
27  subsequently his self surrender date was set for February 8, 2008. Defendant has self
28  surrendered and a copy of the judgment is attached as exhibit to this request.

It is hereby requested that the $170,000.00 secured appearance bonds be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about September 18, 2007.

Dated: February 9, 2008     Respectfully submitted,


/S/Dwight M. Samuel
Dwight M. Samuel
Attorney for Defendant
Prasert Somsinsawasdi


IT IS HEREBY ORDERED that the bail bond in the amount of $170,000.00 posted by Vanchai Maneechote and Pannraj Chitchua and secured by a Deed of Trust for their property is hereby exonerated.

Dated: February 14, 2008

D. Lowell Jensen
U.S. District Court Judge