DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
Telephone: (916) 447-1193
E-Mail: dmsamuel@oldsaclaw.com

Attorney for Defendant
PRASERT SOMSINSAWASDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRASERT SOMSINSAWASDI, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO.: CR.S 06-00343 DLJ <br><br> REQUEST FOR ORDER AND ORDER EXONERATING BOND |

On or about September 18, 2006, an appearance bond for the amount of $170,000.00, secured by a deed against the real property of Khamphahn Keonorasack, Lot 2 of tract no 2641, Weston Ranch Unit No. 14 as per map filed May 14, 1997 in book 33 of Maps and Plat, Page 11 San Joaquin County Records. APN: 166-160-02 was posted on behalf of Prasert Somsinsawasdi, No. Cr.S-06-00343.  Mr. Somsinsawasdi was arrested in this district based upon an indictment filed in this district.

On November 13, 2007, Mr. Somsinsawasdi was sentenced in this case and subsequently his self surrender date was set for February 8, 2008.  Defendant has self surrendered and a copy of the judgment is attached as exhibit to this request.

It is hereby requested that the $170,000.00 secured appearance bonds be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about September 18, 2007.

Dated: February 9, 2008                                  Respectfully submitted,


                                                         /S/Dwight M. Samuel
                                                         Dwight M. Samuel
                                                         Attorney for Defendant
                                                         Prasert Somsinsawasdi




IT IS HEREBY ORDERED that the bail bond in the amount of $170,000.00 posted by Khamphahn Keonorasack and secured by a Deed of Trust for his property is hereby exonerated.

Dated: February 14, 2008

                                                         _____
                                                         D. Lowell Jensen
                                                         U.S. District Court Judge