1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
3  Sacramento, California 95814-2282
   Telephone: (916) 447-1193
4  E-Mail: dmsamuel@oldsaclaw.com

5  Attorney for Defendant
   PRASERT SOMSINSAWASDI
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA           )   CASE NO.: CR.S 06-00343 DLJ
                                        )
13 |         Plaintiff,                 )
                                        )
14 |    v.                              )   REQUEST FOR ORDER AND ORDER
                                        )   EXONERATING BOND
15 |                                    )
   | PRASERT SOMSINSAWASDI,             )
16 |                                    )
   |         Defendant.                 )
17 | _____    )

18

19     On or about May 21, 2007, an appearance bond for the amount of $185,000.00,

20 secured by a deed against the real property of Sisouk Soukasene and La Soukasene, 6705

21 50th Street, Sacramento, CA 95823 Lot 1796 as shown on the Plat of Parkway Estates Unit

22 No. 20 Recorded in the Offices of Sacramento County, on May 28, 1963 in book 71, of Map

23 No. 17 was posted on behalf of Prasert Somsinsawasdi, No. Cr.S-06-00343.  Mr.

24

25 Somsinsawasdi was arrested in this district based upon an indictment filed in this district.

26     On November 13, 2007, Mr. Somsinsawasdi was sentenced in this case and

27 subsequently his self surrender date was set for February 8, 2008.  Defendant has self

28 surrendered and a copy of the judgment is attached as exhibit to this request.

It is hereby requested that the $185,000.00 secured appearance bonds be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about May 21, 2007.

Dated: February 9 , 2008                                  Respectfully submitted,


                                            /S/Dwight M. Samuel
                                            Dwight M. Samuel
                                            Attorney for Defendant
                                            Prasert Somsinsawasdi


IT IS HEREBY ORDERED that the bail bond in the amount of $185,000.00 posted by  Sisouk Soukasene and La Soukasene and secured by a Deed of Trust for their property is hereby exonerated.

Dated: February 14, 2008

                                            _____
                                            D. Lowell Jensen
                                            U.S. District Court Judge