DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
Telephone: (916) 447-1193
E-Mail: dmsamuel@oldsaclaw.com

Attorney for Defendant
PRASERT SOMSINSAWASDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: CR.S 06-00343 DLJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REQUEST FOR ORDER AND ORDER |
| ) | EXONERATING BOND |
| PRASERT SOMSINSAWASDI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On or about September 18, 2006, two appearance bonds for the total amount of $250,000.00, secured by a deed against the real property of Jeff Anakatumpaya, were posted on behalf of Prasert Somsinsawasdi, No. Cr.S-06-00343. The properties secured by deeds of trust are 1.) 762 Desert View Court, Sparks  Lot 2 of Sierra Meadows Subdivision Unit No. 7, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 4 1973, under File No. 281515, and as Tract Map 1375 APN: 036-111-06 and, 2.) 1329 Kings Court Reno, Nevada Nevada as Lot 23 as shown on the map of Royal Heights Subdivision No. 3, according to the map thereof, filed in the office of the County Recorder of Washoe County State of Nevada on

February 28, 1962, as File No. 354430, and as Tract Map No. 754. APN: 002-411-06. Mr. Somsinsawasdi was arrested in this district based upon an indictment filed in this district.

On November 13, 2007, Mr. Somsinsawasdi was sentenced in this case and subsequently his self surrender date was set for February 8, 2008. Defendant has self surrendered and a copy of the judgment is attached as exhibit to this request.

It is hereby requested that the $250,000.00 secured appearance bonds be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about September 18, 2007.

Dated: February 9, 2008                     Respectfully submitted,


                                            /S/Dwight M. Samuel
                                            Dwight M. Samuel
                                            Attorney for Defendant
                                            Prasert Somsinsawasdi


IT IS HEREBY ORDERED that the bail bond in the amount of $250,000.00 posted by Jeff Anakatumpaya and secured by a Deed of Trust for his properties is hereby exonerated.

Dated: February 14, 2008

_____
D. Lowell Jensen
U.S. District Court Judge