UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

         RE: Prasert SOMSINSAWASDI
            Docket Number: 2:06CR00343-01
            PERMISSION TO TRAVEL
            <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The offender is requesting permission to travel to Bangkok, Thailand. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 14, 2007, the offender pled guilty to a violation of 18 USC 1955(a) - Conducting Illegal Gambling Business, and 18 USC 1956(h) - Conspiracy to Commit Money Laundering. In summary, he and his wife, along with others, were engaged in illegal sports betting and selling illegal lottery tickets. It was suspected the offender had laundered in excess of $230,000 from this illegal enterprise, which may have been laundered out of the country during his travels to Southeast Asia. He was sentenced on November 13, 2007, by the Honorable D. Lowell Jensen.

**Sentence imposed:** The offender was sentenced to 18 months imprisonment to be followed by a 36 month term of supervised release.

**Dates and Mode of Travel:** The offender plans to depart on November 18, 2009, and return on March 22, 2010. He has already purchased his flight tickets from China Airlines.

**Purpose:** To receive dental and medical treatment, in addition to visiting family with whom he will be staying during recovery of treatment.

**RE:    Prasert SOMSINSAWASDI**
        **Docket Number:   2:06CR00343-01**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor, prior to his departure from San Francisco, California, to Bangkok, Thailand, his luggage and person will be searched by the underlying officer along with another officer. He does have a warrantless search condition as part of his special conditions of supervised release.  Additionally, upon his return when he enters the United States, this offender will be referred to secondary inspection by the Customs Border Patrol.  The purpose of the search is to prevent him from traveling with large quantities of money derived from any illegal activity should Your Honor grant his travel request.

                        Respectfully Submitted,


                         /s/Scott W. Storey
                        **SCOTT W. STOREY**
                        United States Probation Officer

**DATED:**     November 12, 2009
               Sacramento, California
               sws:cp


**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____


____11-13-09____                 /s/ John A. Mendez
**Date**                         **JOHN A. MENDEZ**
                                 **United States District Judge**